IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FLUIDIGM CORPORATION,

        Plaintiff,

  v.

NANOSTRING TECHNOLOGIES, INC.,

        Defendants.
_____/

No. C 12-05712 RS

**CASE MANAGEMENT SCHEDULING ORDER**

      Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on February 7, 2013. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

      1.     ALTERNATIVE DISPUTE RESOLUTION. Parties have agreed to engage in Private Mediation.

      2.     INITIAL DISCLOSURES. Initial disclosures shall be exchanged on or before February 15, 2013.

      3.     DISCOVERY. On or before September 13, 2013 all non-expert discovery shall be completed by the parties. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete

1  subparts; (c) a reasonable number of requests for production of documents or for inspection per
2  party; and (d) thirty (30) requests for admission per party, with responses due thirty (30) days
3  after service.

4     4.    DISCOVERY DISPUTES. Discovery disputes will be referred to a Magistrate
5  Judge. After the parties have met and conferred, the parties shall prepare a joint letter of not
6  more than 8 pages explaining the dispute. Up to 12 pages of attachments may be added. The
7  joint letter must be electronically filed under the Civil Events category of "Motions and Related
8  Filings >Motions--General > Discovery Letter Brief." The Magistrate Judge to whom the matter
9  is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge
10 may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After
11 a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that
12 Judge's procedures.

13     5.    EXPERT WITNESSES. The disclosure and discovery of expert witnesses and
14 opinions shall proceed as follows:

15     A.    On or before October 11, 2013, parties will make initial expert disclosures in
16 accordance with Federal Rule of Civil Procedure 26(a)(2).

17     B.    On or before November 8, 2013, parties will designate their supplemental and
18 rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

19     C.    On or before December 13, 2013, all discovery of expert witnesses pursuant to
20 Federal Rule of Civil Procedure 26(b)(4) shall be completed.

21     6.    FURTHER CASE MANAGEMENT CONFERENCE. A Further Case
22 Management Conference shall be held on **September 19, 2013 at 10:00 a.m.** in Courtroom 3,
23 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The
24 parties shall file a Joint Case Management Statement at least one week prior to the Conference.

25     7.    PRETRIAL MOTIONS. All pretrial motions must be filed and served pursuant to
26 Civil Local Rule 7. All pretrial motions shall be heard no later than **January 23, 2014**.

CASE MANAGEMENT SCHEDULING ORDER

2

1   8. PRETRIAL CONFERENCE. The final pretrial conference will be held on
2 **March 13, 2014 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450
3 Golden Gate Avenue, San Francisco, California. Each party or lead counsel who will try the
4 case shall attend personally.
5   9. TRIAL DATE. Trial shall commence on **March 24, 2014 at 9:00 a.m.**, in
6 Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco,
7 California.
8   IT IS SO ORDERED.

10 DATED: 2/7/13

    _____
12   RICHARD SEEBORG
    United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

3