1  DENISE M. MINGRONE (STATE BAR NO. 135224)
   dmingrone@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
3  Menlo Park, California 94025
   Telephone:   +1-212-506-5000
4  Facsimile:   +1-212-506-5151

5  PETER D. VOGL
   pvogl@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   51 West 52nd Street
7  New York, New York 10019
   Telephone:   +1-212-506-5000
8  Facsimile:   +1-212-506-5151

9  JEFFREY L. COX (Admitted *pro hac vice*)
   jcox@orrick.com
10 ORRICK, HERRINGTON & SUTCLIFFE LLP
   701 Fifth Avenue
11 Suite 5600
   Seattle, WA 98104
12 Telephone:   +1-206-839-4300
   Facsimile:   +1-206-839-4301
13
   Attorneys for Defendant
14 NANOSTRING TECHNOLOGIES, INC.

15
                    UNITED STATES DISTRICT COURT
16
                   NORTHERN DISTRICT OF CALIFORNIA
17
                        SAN FRANCISCO DIVISION
18

19
   FLUIDIGM CORPORATION, a Delaware           Case No. 3:12-cv-05712-RS
20 corporation,,
                                              [PROPOSED] ORDER GRANTING
21             Plaintiff,                     EXTENSION OF ALL EXPERT AND
                                              NON-EXPERT DISCOVERY
22       v.                                   DEADLINES FOR BOTH PARTIES

23 NANOSTRING TECHNOLOGIES, INC., a
   Delaware corporation,,
24
               Defendant.
25

26

27

28

ORRICK, HERRINGTON &
  SUTCLIFFE LLP
  ATTORNEYS AT LAW
  SILICON VALLEY

[PROPOSED] ORDER GRANTING EXTENSION OF
ALL EXPERT AND NON-EXPERT DISCOVERY
DEADLINES FOR BOTH PARTIES
3:12-CV-05712-RS

It is hereby **ORDERED** that the following deadlines are in effect until further order by the Court:

| Event or Deadline | Previous Date | New Date |
|---|---|---|
| Close of all non-expert fact discovery | On or before September 13, 2013 | On or before, October 25, 2013 |
| Initial expert disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2) | On or before October 11, 2013 | On or before October 18, 2013 |
| Designation of supplemental and rebuttal experts pursuant to Federal Rule of Civil Procedure 26(a)(2) | On or before November 8, 2013 | On or before November 15, 2013 |
| Close of all expert witness discovery pursuant to Federal Rule of Civil Procedure 26(b)(4) | On or before December 13, 2013 | On or before December 20, 2013 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 8, 2013

By: _____
Hon. RICHARD G. SEEBORG
United States District Judge