**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FLUIDIGM CORPORATION,

      Plaintiff,

  v.

NANOSTRING TECHNOLOGIES, INC.,

      Defendant.
_____/

No. C 12-5712 RS

**ORDER DENYING STIPULATED REQUEST TO SHORTEN TIME AND REFERRING DISCOVERY DISPUTE TO MAGISTRATE JUDGE**

The parties' stipulated request for an order permitting defendant's "motion to protect confidentiality" to be heard on September 19, 2013, is denied. The motion represents a discovery dispute that should have been presented in the manner specified by paragraph 4 of the Case Management Scheduling Order entered on February 7, 2013 (Dkt. No. 18). Defendant's motion and the associated sealing motion (Dkt. Nos. 34 and 33) and any further discovery disputes in this action are hereby referred to a magistrate judge for disposition.

IT IS SO ORDERED.

Dated: 8/19/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE