1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN FRANCISCO DIVISION

11
12

FLUIDIGM CORPORATION, a Delaware corporation,

13

Plaintiff,

14

v.

15
16

NANOSTRING TECHNOLOGIES, INC., a Delaware corporation,

17

Defendant.

Case No. C 12-05712 RS-NMC

**AMENDED SCHEDULING ORDER ON EXPERT AND NON-EXPERT DISCOVERY**

18
19

IT IS HEREBY ORDERED that the following deadlines are in effect until further order by the Court:

20
21
22

| Event or Deadline | Previous Date | New Date |
|---|---|---|
| Close of all non-expert fact discovery | On or before October 25, 2013 | On or before **November 8, 2013** |
| Initial expert disclosures pursuant to FED. R. CIV. P. 26(a)(2) | On or before October 18, 2013 | On or before **November 8, 2013** |
| Designation of supplemental and rebuttal experts pursuant to FED. R. CIV. P. 26(a)(2) | On or before November 15, 2013 | On or before **December 5, 2013** |
| Close of expert discovery pursuant to FED. R. CIV. P. 26(a)(4) | On or before December 20, 2013 | On or before **December 19, 2013** |

23
24
25
26
27
28

1       **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3   Dated:   9/25/13

                                            RICHARD SEEBORG

4                                         United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28