**Saul H. Perloff** (SB# 157092)
Texas Bar No. 00795128
saul.perloff@nortonrosefulbright.com
**Katharyn A. Grant** (Admitted *Pro Hac Vice*)
katharyn.grant@nortonrosefulbright.com
**Joseph A. Bourbois** (Admitted *Pro Hac Vice*)
joseph.bourbois@nortonrosefulbright.com
FULBRIGHT & JAWORSKI LLP
300 Convent Street, Suite 2100
San Antonio, Texas  78205-3792
Telephone:  (210) 224-5575
Telecopier:  (210) 270-7205

**John A. O'Malley** (SB# 101181)
john.omalley@nortonrosefulbright.com
FULBRIGHT & JAWORSKI LLP
555 S. Flower Street, 41st Floor
Los Angeles, California 90071
Telephone:  (213) 892-9200
Telecopier: (213) 892-9494

**Mark D. Petersen** (SB# 111956)
mpetersen@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street
San Francisco, CA 94104
Telephone (415) 954-4400
Telecopier (415) 954-4480

*Attorneys for Plaintiff*
**FLUIDIGM CORPORATION**

**Denise M. Mingrone** (SB# 135224)
dmingrone@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 March Road
Menlo Park, California 94025
Telephone:  (650) 614-7400
Telecopier:  (650) 614-7401

**Peter D. Vogl**
pvogl@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New  York, NY 10019-6142
Telephone:  (212) 506-3625
Telecopier:  (212) 506-5151

**Jeffrey L. Cox** (Admitted *Pro Hac Vice*)
jcox@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
701 5th Avenue - Suite 5600
Seattle, WA 98104-7097
Telephone:  (206) 839-4300
Telecopier:  (206) 839-4301

**Christina Von der Ahe** (SB # 255467)
cvonderahe@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA 92614-8255
Telephone (949) 567-6700
*Attorneys for Defendant*
**NANOSTRING TECHNOLOGIES, INC.**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FLUIDIGM CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>NANOSTRING TECHNOLOGIES, INC., a Delaware corporation,<br><br>Defendant. | Case No. C 12-05712-RS<br><br>**JOINT STIPULATION TO EXTEND SEPTEMBER 30, 2013 DEADLINES PURSUANT TO ORDERS AT DKT. NO. 56 AND DKT. NO. 57** |

DOCUMENT PREPARED ON RECYCLED PAPER

PAGE 1

Plaintiff Fluidigm Corporation ("Fluidigm") and Defendant NanoString Technologies, Inc. ("NanoString") file this joint stipulation to extend the following deadlines pursuant to Federal Rules of Civil Procedure 6(b) and Civil Local Rule 6-2(a) of the United States District Court for the Northern District of California:

1. Plaintiff Fluidigm's declaration or a response/objection to the declaration of Chris Grimley, Dkt. No. 47, from September 30, 2013 to October 2, 2013;

2. Plaintiff Fluidigm's declaration, including supporting materials, limited to responding to the argument regarding reverse transcriptase made by NanoString on reply (Sep. 6, 2013) from September 30, 2013 to October 2, 2013; and

3. Defendant NanoString's privilege log from September 30, 2013 to October 2, 2013.

The above deadlines were set by the Order re: NanoString's Motion to Protect Confidentiality and Related Motions for Leave to File Under Seal on September 23, 2013, Dkt. No. 57, and Order re: Joint Letter Concerning Dispute Over Clawback of Documents Subject to a Claim of Privilege on September 23, 2013, Dkt. No. 56.

Over the court of the past week, the parties have been working in good faith towards a settlement of the matter. Both parties have met and conferred, and agree that good cause exists to modify the dates above by two days. The proposed modification of the above-listed deadlines in this case will not affect any other deadlines.

To date, the parties have extended:

1. NanoString's time to answer the Complaint, from December 12, 2012 to December 21, 2012, pursuant to Federal Rules of Civil Procedure 6(b) and Civil Local Rule 6-1(a) of the United States District Court for the Northern District of California;

2. The close of fact discovery from September 12, 2013 to October 25, 2013, by

PAGE 2

JOINT STIPULATION TO EXTEND SEPTEMBER 30, 2013 DEADLINES
PURSUANT TO ORDERS AT DKT. NO. 56 AND DKT. NO. 57
CASE NO. C 12-05712 RS-NMC

DOCUMENT PREPARED ON RECYCLED PAPER

Stipulation and Order (Dkt. No. 31), and from October 25, 2013 to November 8, 2013 by Stipulation and Order (Dkt. No. 59);

3. The initial expert disclosures from October 11, 2013 to October 18, 2013 by Stipulation and Order (Dkt. No. 31), and from October 18, 2013 to November 8, 2013 by Stipulation and Order (Dkt. No. 59);

4. All designations of supplemental and rebuttal experts from November 8, 2013 to November 15, 2013 by Stipulation and Order (Dkt. No. 31), and from November 15, 2013 to December 5, 2013 by Stipulation and Order (Dkt. No. 59); and

5. The close of expert discovery from December 13, 2013 to December 20, 2013 by Stipulation and Order (Dkt. No. 31), and from December 20, 2013 to December 19, 2013 by Stipulation and Order (Dkt. No. 59).

**THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE**, by and through their attorneys of record that, subject to the Court's approval, certain deadlines shall be modified as follows: Plaintiff Fluidigm will be permitted to file a declaration or a response/objection to the declaration of Chris Grimley, no later than October 2, 2013; Plaintiff Fluidigm will be permitted to file a declaration, including supporting materials, limited to responding to the argument regarding reverse transcriptase made by NanoString on reply no later than October 2, 2013; and Defendant NanoString's deadline to serve its privilege log will be extended to October 2, 2013.

**IT IS SO STIPULATED.**

Dated: September 30, 2013      Fulbright & Jaworski LLP

By: */s/Kathy Grant*
Kathy Grant
***Attorneys for Plaintiff***
**FLUIDIGM CORPORATION**

Dated: September 30, 2013      Orrick, Herrington & Sutcliffe LLP

By: */s/Jeff Cox*
Jeffrey L. Cox
***Attorneys for Defendant***
**NANOSTRING TECHNOLOGIES, INC.**

### FILER'S ATTESTATION

Pursuant to Civil LR 5.1(i)(3), the undersigned hereby attest that concurrence in the filing of this **JOINT STIPULATION TO EXTEND SEPTEMBER 30, 2013 DEADLINES PURSUANT TO ORDERS AT DKT. NO. 56 AND DKT. NO. 57** has been obtained from counsel for NanoString Technologies and is electronically signed with the express permission of Defendant's counsel.

By: */s/Kathy Grant*
**Kathy Grant**
***Attorneys for Plaintiff***
**FLUIDIGM CORPORATION**

DOCUMENT PREPARED ON RECYCLED PAPER

PAGE 4      JOINT STIPULATION TO EXTEND SEPTEMBER 30, 2013 DEADLINES
PURSUANT TO ORDERS AT DKT. NO. 56 AND DKT. NO. 57
CASE No. C 12-05712 RS-NMC

# CERTIFICATE OF SERVICE

I certify that the **JOINT STIPULATION TO EXTEND SEPTEMBER 30, 2013 DEADLINES PURSUANT TO ORDERS AT DKT. NO. 56 AND DKT. NO. 57** was served in compliance with FED. R. CIV. P. 5(b) on counsel of record for Defendant NanoString Technologies, Inc. identified below in the manner indicated on this the 30th day of September, 2013:

| | |
|---|---|
| Denise Marie Mingrone (SB # 135224)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015<br>Telephone (650) 614-7682 | ☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Overnight Mail<br>☒ CM/ECF<br>☐ Email: dmingrone@orrick.com |
| Peter D. Vogl (NY PV # 3385)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>51 West 52nd Street<br>New York, NY 10019-6142<br>Telephone (212) 506-3625 | ☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Overnight Mail<br>☒ CM/ECF<br>☐ Email: pvogl@orrick.com |
| Jeffrey L. Cox (WA SB # 37534)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>701 Fifth Avenue, Suite 5600<br>Seattle, WA 98104<br>Telephone (206) 839-4300 | ☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Overnight Mail<br>☒ CM/ECF<br>☐ Email: jcox@orrick.com |
| Christina Von der Ahe (SB # 255467)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>2050 Main Street, Suite 1100<br>Irvine, CA 92614-8255<br>Telephone (949) 567-6700 | ☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Overnight Mail<br>☒ CM/ECF<br>☐ Email: cvonderahe@orrick.com |
| Johanna Jacob (SB # 286796)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, CA 90017<br>Telephone (213) 629-2020 | ☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Overnight Mail<br>☒ CM/ECF<br>☐ Email: jjacobs@orrick.com |
| Executed on September 30, 2013. | */s/Kathy Grant*<br>Kathy Grant<br>*Attorneys for Plaintiff* |

PAGE 5

JOINT STIPULATION TO EXTEND SEPTEMBER 30, 2013 DEADLINES
PURSUANT TO ORDERS AT DKT. NO. 56 AND DKT. NO. 57
CASE NO. C 12-05712 RS-NMC

DOCUMENT PREPARED ON RECYCLED PAPER