DOCUMENT PREPARED
ON RECYCLED PAPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FLUIDIGM CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>NANOSTRING TECHNOLOGIES, INC., a Delaware corporation,<br><br>Defendant. | Case No. C 12-05712 RS-NMC<br><br>**ORDER EXTENDING SEPTEMBER 30 DEADLINES** |

IT IS HEREBY ORDERED that the following deadlines are in effect until further order by the Court:

| Event or Deadline | Previous Date | New Date |
|---|---|---|
| Plaintiff Fluidigm will be permitted to file a declaration or a response/objection to the declaration of Chris Grimley | On or before September 30, 2013 | On or before **October 2, 2013** |
| Plaintiff Fluidigm will be permitted to file a declaration, including supporting materials, limited to responding to the argument regarding reverse transcriptase made by NanoString on reply | On or before September 30, 2013 | On or before **October 2, 2013** |
| Defendant NanoString's deadline to serve its privilege log | On or before September 30, 2013 | On or before **October 2, 2013** |

PAGE 1

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:

NATHANAEL M. COUSINS
United States Magistrate Judge