UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FLUIDIGM CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>NANOSTRING TECHNOLOGIES, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:12-cv-05712 RS (NC)<br><br>**AGREED ORDER OF DISMISSAL** |

WHEREAS, Plaintiff Fluidigm Corporation ("Fluidigm") filed a complaint against Defendant NanoString Technologies, Inc. ("NanoString") alleging false advertising in violation of CAL. BUS. & PROF. CODE § 17500 *et seq.*; unlawful trade practice in violation of CAL. BUS. & PROF. CODE § 17200 *et seq.*; and unfair competition in violation of the common law of California and other states in which NanoString is conducting its activities concerning the marketing and promotion of the nCounter® Single Cell Gene Expression Assay.

WHEREAS, Fluidigm and NanoString have entered into a settlement agreement disposing of this case, and resolving all issues and controversies to their mutual satisfaction;

WHEREAS, as part of the settlement agreement, Fluidigm and NanoString have agreed that all claims in the above-entitled and numbered action shall be dismissed with prejudice to re-filing, and without costs to any party, all parties to bear their own costs and attorney's fees;

PAGE 1

WHEREAS, Fluidigm and NanoString further agree and consent that the Court shall retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 381-82 (1994).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The parties shall comply with the terms of their settlement agreement entered into on September 30, 2013, the terms of which are incorporated by reference as if fully set forth.

2. By consent of the parties, the Court shall retain jurisdiction for the purpose of enforcing the terms of the settlement agreement through September 30, 2023.

3. Except as provided for in paragraphs 1 and 2 above, this case is dismissed, with prejudice, and each party shall bear its own attorney's fees and costs.

SIGNED on this the __22nd__ day of __October__, 2013.

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND SUBSTANCE:

Dated: October 22, 2013        FULBRIGHT & JAWORSKI LLP

                               By: /s/ Saul Perloff
                                   **Saul H. Perloff**
                                   *Attorneys for Plaintiff*
                                   FLUIDIGM CORPORATION

Dated: October 22, 2013        ORRICK, HERRINGTON & SUTCLIFFE LLP

                               By: /s/ Peter Vogl
                                   **Peter Vogl**
                                   *Attorneys for Defendant*
                                   NANOSTRING TECHNOLOGIES, INC.